# Court of Appeals
# of the State of Georgia

ATLANTA,____May 03, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1503. JOE ARNOLD v. IH3 PROPERTY OF GEORGIA, L.P.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Joe Arnold appealed to the superior court. On February 20, 2015, the superior court entered an order dismissing the appeal and issuing a writ of possession. On March 3, 2015, Arnold filed this direct appeal. We lack jurisdiction for two reasons.

First, because Arnold seeks to appeal a superior court order dismissing an appeal from magistrate court, he was required to follow the discretionary appeal procedures.[1] See OCGA § 5-6-35 (a) (1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003).

Second, while a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals in dispossessory actions must be filed within 7 days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Here, however, Arnold filed the notice of appeal in this case 11 days after the superior court's order was entered. For these reasons, this appeal is DISMISSED for lack of jurisdiction.

---

[1] Arnold filed a discretionary application in November 2015, which this Court dismissed as untimely. See Case Number A16D0139, decided December 1, 2015.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*_____05/03/2016_____
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*